# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PARIS O. SIMPSON,

      Petitioner,

:      Case No. 3:21-cv-109

:      District Judge Michael J. Newman
   -vs-                                    Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional        :
Institution,

      Respondent.              :

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

      The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 19) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted and no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

      Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

      Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

January 3, 2022                                      *s/Michael J. Newman*
                                                              Michael J. Newman
                                                         United States District Judge